CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>       Plaintiff,<br><br>   v.<br><br>INTERCAL ENTERPRISES, L.P., a California Limited Partnership; DEFEND CAPITAL ENTERPRISES, LLC, a California Limited Liability Company; MIKE A. CHRISTIANSON; and Does 1-10,<br>       Defendants. | Case: 5:15-CV-01569-JGB-KK<br><br>**ORDER** |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: November 19, 2015

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1

Notice for Dismissal          Case: 5:15-CV-01569-JGB-KK